UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:18-CR-118 |
| | ) | |
| DONALD A. DICKSON | ) | FILED UNDER SEAL |

## ORDER

Based upon a motion by the Government, and for good cause shown therein, it is hereby

ORDERED that the Government's Response in Opposition to Motion for Bond be sealed until further order of this Court, excepting only such disclosures as the Government deems necessary to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963).

SO ORDERED, this 3rd day of August 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA