# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR418-118 |
| | ) | |
| DONALD A. DICKSON | ) | |

## ORDER

The defendant, who faces a lengthy term of imprisonment on child pornography charges, and has expressed his intent to enter a guilty plea pursuant to an agreement reached with the Government. Doc. 20. He previously consented to pretrial detention in this case. Doc. 12. He now seeks a "reasonable appearance bond." Doc. 25. That motion is **DENIED**.

**SO ORDERED**, this 23rd day of August, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA